# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1396
Lower Tribunal No. F16-9295
_____

**Elisha Baxter,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Elisha Baxter, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.